## McGough v. The State.

Fish, J. No new questions are presented by the record in this case ; the charges complained of were substantially correct ; the requests to charge, in so far as they were legal and appropriate, were fully covered by the general instructions given to the jury ; the verdict, for voluntary manslaughter, gave the accused the benefit of the theory that he killed the policeman to prevent being illegally arrested by him ; the alleged newly discovered evidence was merely cumulative and impeaching in its character, and not likely to produce a different result ; considering all the evidence in reference to the alleged misconduct of the jury and bias of one of the jurors, except that of some of the jurors which tended to impeach their verdict, the trial judge was warranted in finding there was nothing shown prejudicial to the accused ; the verdict was amply supported by the evidence, and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued October 7, — Decided November 5, 1901.

Indictment for murder. Before Judge Butt. Muscogee superior court. May 29, 1901.

*S. T. Pinkston, C. C. Minter, J. H. Worrill,* and *Hatcher & Carson,* for plaintiff in error. *S. P. Gilbert, solicitor-general, E. J. Wynn,* and *T. T. Miller,* contra.

---

## Colbert v. The State.

Simmons, C. J. There was no error in the admission of evidence. The evidence warranted the verdict, and the court did not abuse its discretion in refusing a new trial. *Judgment affirmed. All the Justices concurring.*

Argued October 8, — Decided November 5, 1901.

Indictment for larceny. Before Judge Felton. Bibb superior court. April term, 1901.

*M. G. Bayne* and *R. D. Feagin,* for plaintiff in error.
*William Brunson, solicitor-general,* contra.